UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

COURTNEY LEE HARRIS, No. 29137-044,

    Petitioner,

v.

D. SPROUL, Warden,

    Respondent.

Case No. 22-cv-2436-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Courtney Lee Harris's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed with prejudice and that judgment is entered in favor of respondent David Sproul and against petitioner Courtney Lee Harris.

**DATED: October 30, 2023**　　　　　　　　MONICA A. STUMP, Clerk of Court

　　　　　　　　　　　　　　　　　　　　**s/Tina Gray, Deputy Clerk**


**Approved:**　s/ J. Phil Gilbert
　　　　　　**J. PHIL GILBERT**
　　　　　　**DISTRICT JUDGE**